GEORGE B. OTT and His Wife, ALICE OTT, and T. R. SAWYER, *Appellants*, v. MRS. S. E. WALTON, A Widow et al, *Appellees*.

Division B.

Decision filed November 3, 1928.

*Carr & Carr,* for Appellants;

*Clark, Clark & Maiden,* for Appellees.

PER CURIAM.—The decree herein adjudicating the title to real estate to be in complainants below, appellees here, and quieting the title in such complainant appellees, was affirmed without opinion. Upon a petition for rehearing the record has been again examined, and it appears that there is ample legal evidence to sustain the decree and no reversible errors of procedure are made to appear, therefore a rehearing is denied.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.